IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01900-WDM-CBS

TARA CARLSON,

    Plaintiff,

v.

KING PONTIAC GMC,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Defendant's Motion to Dismiss (*doc. no. 14*). The instant motion is stricken for failure to comply with **D.C.COLOL.CIVR. 10.1 K** (signature block).

    When refiling the motion, counsel for defendant is advised to take note of Judge Miller's Minute Order dated December 15, 2006.

    Additionally, when filing documents with the court, Defendant's counsel is required to comply with all applicable:

- Federal Rules of Civil Procedure (FED.R.CIV.P. );
- Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ); *and*
- District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.).

**DATED:**    December 18, 2006