IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01900-WDM-CBS

TARA CARLSON,

    Plaintiff,

v.

KING PONTIAC GMC,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion to Amend Scheduling Order to Extend Deadline for Joinder of Parties and Amendment of Pleadings (*doc. no. 59)* is **GRANTED, in part**. The court will extend the deadline to join parties and amend pleadings up to and including **September 28, 2007**.

**DATED:**    August 16, 2007