IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01900-WDM-CBS

TARA CARLSON,
    Plaintiff,
v.

KING PONTIAC GMC,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on several matters. Pursuant to the Order of Reference dated November 15, 2006 (doc. # 10) and the memoranda dated September 13, 2007 (doc. # 63), October 5, 2007 (doc. # 69), and October 18, 2007 (doc. # 73), Defendant's Second Motion to Amend Scheduling Order to Adjust Unexpired Deadlines and to Vacate Settlement Conference (doc. # 62), Defendant's Motion to Compel Discovery Against Plaintiff (doc. # 68), and Defendant's Motion to Dismiss for Failure to Prosecute (doc. # 72) have been referred to the Magistrate Judge. The court having reviewed the pending matters and the entire case file, IT IS ORDERED that:

    1.    **A hearing on all pending motions shall be held on Friday, November 9, 2007 at 8:30 a.m.**

    2.    **Ms. Carlson and defense counsel for King Pontiac GMC shall appear in person at the motions hearing on Friday, November 9, 2007 at 8:30 a.m.**

    3.    Defense counsel for King Pontiac GMC shall bring a proposed stipulation

for dismissal to the motions hearing.

DATED at Denver, Colorado, this 24th day of October, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge