IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01900-WDM-CBS

TARA CARLSON,

    Plaintiff,

v.

KING PONTIAC GMC,

    Defendant.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 20, 2007.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge